## Commonwealth *v.* Allen, Appellant.

Submitted December 8, 1969.
*Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Anderson, Appellant.

Submitted December 8, 1969.
*John W. Packel* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is reversed. The case is remanded for a hearing to determine whether appellant violated his parole from the sentence at No. 203, October Sessions, 1961, and for the appointment of counsel at such hearing. *Commonwealth v. Tinson,* 433 Pa. 328 (1969).